# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD BUTLER,<br><br>     Plaintiff,<br> v.<br><br>SIGNAL HILL TELECOM SERVICES US, INC.,<br><br>     Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C20-0578-JCC |

\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court enters judgment against Defendant and orders that Defendant is liable to Plaintiff for $19,170.00 in unpaid overtime compensation and $19,170.00 in liquidated damages.

 DATED this 25th day of March 2021.

                WILLIAM M. MCCOOL
                Clerk of Court

                /s/ *Paula McNabb*
                Deputy Clerk